| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 2 | ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TELEPHONE: 415.434.4484 |
| 3 | FACSIMILE: 415.434.4507 |
| 4 | THOMAS F. CARLUCCI, CA BAR NO. 135767<br>ANDREA J. GORANSON, CA BAR NO. 215665 |
| 5 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 6 | 777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306<br>TELEPHONE: 414.207.5537 |
| 7 | FACSIMILE: 414.297.4900 |
| 8 | PAUL BARGREN, WI BAR NO. 1023008, APPEARING PRO HAC VICE |
| 9 | ATTORNEYS FOR PLAINTIFF,<br>ATHLETICS INVESTMENT GROUP LLC, (A/K/A THE OAKLAND ATHLETICS), TRUST U/W WALTER A. HAAS, JR., EVELYN D. HAAS, WALTER J. HAAS, AND ELISABETH HAAS EISENHARDT |
| 10 | |
| 11 | **KEVIN V. RYAN, CA BAR NO. 118321**<br>UNITED STATES ATTORNEY<br>JAY R. WEILL, CA BAR NO. 75434 |
| 12 | ASSISTANT UNITED STATES ATTORNEY<br>CHIEF, TAX DIVISION<br>10TH FLOOR FEDERAL BUILDING |
| 13 | 450 GOLDEN GATE AVENUE, BOX 36055<br>SAN FRANCISCO, CALIFORNIA 94102<br>TELEPHONE: 415.436.7017 |
| 14 | ATTORNEY FOR DEFENDANT, UNITED STATES OF AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHLETICS INVESTMENT GROUP LLC, (A/K/A THE OAKLAND ATHLETICS), TRUST U/W WALTER A. HAAS, JR., EVELYN D. HAAS, WALTER J. HAAS, AND ELISABETH HAAS EISENHARDT<br><br>PLAINTIFFS,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | CASE NO. C 02-3957 JSW<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON** |

///

1  Pursuant to their settlement agreement, the parties request dismissal of this action,
2  such dismissal to be without prejudice to reinstate the matter or to sue for breach of contract in
3  the event the United States does not comply with the terms of the settlement agreement as it
4  relates to the claims at issue in this case, the parties to bear their respective costs, including any
5  possible expenses of litigation.

DATE: DECEMBER 27, 2005               FOLEY & LARDNER LLP
                                      THOMAS F. CARLUCCI
                                      PAUL BARGREN
                                      ANDREA J. GORANSON


                                      BY:    /s/ ANDREA GORANSON
                                      ANDREA GORANSON
                                      ATTORNEYS FOR PLAINTIFF ATHLETICS
                                      INVESTMENT GROUP (A/K/A THE OAKLAND
                                      ATHLETICS), TRUST U/W WALTER A. HAAS,
                                      JR., EVELYN D. HAAS, WALTER J. HAAS,
                                      AND ELISABETH HAAS EISENHARDT

DATE: DECEMBER 27, 2005               KEVIN V. RYAN
                                      OFFICE OF THE U.S. ATTORNEY



                                      BY: :    /s/ JAY WEILL
                                      JAY WEILL
                                      ATTORNEY FOR DEFENDANT, UNITED
                                      STATES OF AMERICA


PURSUANT TO STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED.

January 3, 2006                       _____
Date                                  The Honorable Jeffrey S. White
                                      United States District Judge

2
STIPULATION FOR DISMISSAL OF ACTION
CASE NO. C 02-3957 JSW

SFCA_376573.1